UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADMIRAL INSURANCE COMPANY,

    Plaintiff,

v.                                          CASE NO. 4:20-cv-00001

PLAY SPORTS BAR, LLC, a Florida Limit
Liability Company,

    Defendants.
_____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

ADMIRAL INSURANCE COMPANY ("Admiral"), pursuant to Fed. R. Civ. P. 41(a)(2), moves for an order voluntarily dismissing this action without prejudice, and states:

1. This is an action for declaratory judgment of no coverage under an insurance policy issued by Admiral to Play Sports Bar, LLC with regard to a lawsuit filed by Eddie Bryant in the Second Judicial Circuit in and for Leon County, Florida, Case No. 2019CA001313.

2. This action was filed against Play Sports Bar, LLC, and Eddie Bryant. (DE 1.)

3. On February 25, 2020, Admiral and Eddie Bryant filed a joint stipulation. (DE 7.) In that joint stipulation Bryant admitted to the allegations in Admiral's complaint in exchange for Bryant being removed from this action and each party to bear their own costs.

4. On March 18, 2020, the Court granted Admiral's extension of time to serve process and Admiral's motion for leave to issue summonses for substitute service. (DE 11.)

5. On April 28, 2020, Admiral obtained substituted service on Play Sports Bar, LLC through the Florida Secretary of State. (DE 14.)

6. It recently came to Admiral's attention that Bryant has dismissed the underlying action, without prejudice. It accordingly appears as though this matter has resolved, nullifying the need for Admiral to obtain a derivative determination regarding coverage.

7. Accordingly, in the interest of judicial and litigant economy, Admiral moves to voluntarily dismissing this action, also without prejudice.

## CERTIFICATE OF SERVICE

I CERTIFY that on May 6, 2020 I e-filed this document using the CM/ECF system and served a copy via U.S. Mail to:

Play Sports Bar, LLC
c/o Wilbert Stanley
Registered Agent
2020 West Pensacola Street, Unit 70
Tallahassee, Florida 32304

/s/EFTIHIOS ANDRONIS
**SINA BAHADORAN**
Florida Bar No. 523364
sina.bahadoran@clydeco.us
**EFTIHIOS EVAN G. ANDRONIS**
Florida Bar No. 112357
eftihios.andronis@clydeco.us

Clyde & Co US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
T: 305.446.2646